UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MASULIT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAYER CORP., BAYER HEALTHCARE LLC, and BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br><br>　　　　Defendants. | No. 2:16-cv-01707-TLN-AC<br><br><br>ORDER RELATING CASES |

　　　　Review of the above-captioned action reveals it is related under this court's Local Rule 123 to the following action pending before the undersigned: *Dena M. Mills v. Bayer Corp. et al.*, Case No. 1:16-cv-01075-DAD-EPG.  These actions involve the same or similar parties, properties, claims, events and/or questions of fact or law.  In addition, the currently assigned district and magistrate judges have not engaged in this matter in any substantial way.  Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Erica P. Grosjean will promote efficiency and economy for the court and parties.

　　　　An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases.  Good cause appearing, the court orders that the above-captioned action is reassigned to U.S. District Judge Dale A.

/////

1

Drozd and U.S. Magistrate Judge Erica P. Grosjean.  All documents shall bear the new case number:

1:16-cv-1175-DAD-EPG

IT IS SO ORDERED.

Dated:  **August 10, 2016**

_____
UNITED STATES DISTRICT JUDGE